# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 15-1166**                                    **September Term, 2015**

**EPA-80FR33839**
**EPA-80FR33840**

**Filed On:** December 21, 2015

Southeastern Legal Foundation, Inc. and
Walter Coke, Inc.,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Citizens for Environmental Justice, et al.,
      Intervenors
------------------------------

Consolidated with 15-1216, 15-1239,
15-1243, 15-1256, 15-1265, 15-1266,
15-1267, 15-1268, 15-1270, 15-1271,
15-1272, 15-1300, 15-1301, 15-1302,
15-1308

      **BEFORE:**   Kavanaugh, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the parties' proposed briefing schedule and format, it is

**ORDERED** that the following briefing schedule and format apply in these consolidated cases:

| | |
|---|---|
| Joint Brief for Industry Petitioners (not to exceed 14,000 words) | March 16, 2016 |
| Joint Brief for State Petitioners (not to exceed 10,000 words) | March 16, 2016 |

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 15-1166             September Term, 2015

| | |
|---|---|
| Joint Brief for Texas Petitioners (not to exceed 4,000 words) | March 16, 2016 |
| Brief for Respondent EPA (not to exceed 28,000 words) | July 14, 2016 |
| Brief for Environmental Intervenors (not to exceed 14,000 words) | August 15, 2016 |
| Joint Reply Brief for Industry Petitioners (not to exceed 7,000 words) | September 14, 2016 |
| Joint Reply Brief for State Petitioners (not to exceed 5,000 words) | September 14, 2016 |
| Joint Reply Brief for Texas Petitioners (not to exceed 2,000 words) | September 14, 2016 |
| Deferred Appendix | October 5, 2016 |
| Final Briefs | October 19, 2016 |

All issues and arguments must be raised by petitioners in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

Aligned parties are encouraged to consult while preparing their briefs to minimize any duplication of arguments.  The parties will be notified later of the oral argument date and composition of the merits panel.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Procedures 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1166**                               **September Term, 2015**

that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

**<u>Per Curiam</u>**