# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 15-1166 | September Term, 2015 |
| | EPA-80FR33839 |
| | EPA-80FR33840 |
| | Filed On: January 25, 2016 [1595307] |

Walter Coke, Inc.,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Citizens for Environmental Justice, et al.,
               Intervenors

------------------------------

Consolidated with 15-1216, 15-1239, 15-1243, 15-1256, 15-1265, 15-1266, 15-1267, 15-1268, 15-1270, 15-1271, 15-1272, 15-1300, 15-1301, 15-1302, 15-1308

## O R D E R

      Upon consideration of the Southeastern Legal Foundation, Inc.'s motions for voluntary dismissal, it is

      **ORDERED** that the motions be granted, and the Southeastern Legal Foundation, Inc., be terminated as a party to case Nos. 15-1166 and 15-1216.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:    /s/
                               Mark A. Butler
                               Deputy Clerk